

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00258-CR

Irvin Rene **VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Maverick County, Texas
Trial Court No. 31692CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we **DISMISS** Irvin Rene Valdez's appeal.

SIGNED May 8, 2024.

_____
Luz Elena D. Chapa, Justice